

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2019

No. 04-17-00430-CR

San Juan **GARCIA**,
Appellant-s

v.

The **STATE** of Texas,
Appellee-s

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3674
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

The Court has considered the Appellant's Motion for Reconsideration En Banc and the motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court